Lyman J. Seeley, Appellant, v. Curtiss Aeroplane and Motor Company, Incorporated, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve an amended complaint. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

Genevieve -Attridge, Respondent, v. Winfield T. Pembroke, Appellant.— Appeals from two orders entered June 16, 1931, dismissed, without costs, as academic in view of the decision made herewith on the appeal from the order entered August 31, 1931.■ All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

Peter Pacos and Another, Appellants, v. Henry C. Ehmke, Respondent.— Judgment affirmed, with costs. In affirming this judgment we hold that defendant, who has been awarded the value of the standing timber, ceases to have any right or title therein. All concur, except Sears, P. J., who dissents and votes for reversal on the facts on the ground that finding of fact No. 8 is against the weight of the evidence. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

Clara Waldbauer, Respondent, v. George Tolsma, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $3,500 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concur, except Thompson, J., who dissents and votes for affirmance. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

Albert Waldbauer, Respondent, v. George Tolsma, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.